**Plaintiffs' Exhibit 11**
Civ. No. 21-00997 (CJN)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Charles H. and Israel F., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. _____

### DECLARATION OF CHARLES H.

I, Charles H., hereby depose and state:

1. I am 20 years old and competent to testify.

2. I am a plaintiff in the above-captioned case.

3. I have been detained in the DC Jail complex since February 7, 2019, when I was transferred from the New Beginnings Youth Development Center.

4. I have been enrolled in a school called the Inspiring Youth Program (IYP) at the DC Jail complex since February 26, 2019. In August 2019, I started 11th grade at IYP. I hope to finish high school at least by the time I am released if not sooner. So far, I have 13.5 of the 24 credits and 75 of the 100 community service hours that I need for my high school diploma. I hope to finish high school next school year.

5. I have learning disabilities. These disabilities make it hard for me to do my schoolwork. I have a hard time with reading and writing. I also have anxiety and problems concentrating on my schoolwork.

6. I have had an Individualized Education Program (IEP) since 2007 when I was found eligible for special education and the related services of speech and language therapy and

behavioral support services. My current IEP includes 20 hours per week of specialized instruction outside of general education, 180 minutes a month of behavioral support services, and 30 minutes a month of speech language consultation services.

7. Before the coronavirus pandemic, I was taught by teachers along with my classmates in a school area of the jail. I would leave my unit and go to the school area from 8:45-11:10 a.m., and 12:15-2:30 p.m. from Monday through Friday. During this time, I mostly understood the class materials and I felt like I was learning.

8. My classes stopped after March 13, 2020, because of the coronavirus pandemic. I have not gone to any classes since then. I have not received any of the education in my IEP.

9. Since April 2020, everyone at the jail has had to stay in their cells for 23 hours of the day. Starting at the beginning of March 2021, I still get only one hour of recreation time, which I've always used to make phone calls to family and shower, but I've been able to leave my cell more often as I describe in paragraphs 17 through 19.

10. On March 24, 2020, I began getting printed work packets from my school. The work packets are given to me in an envelope with a few packets for my classes. I was told that I was supposed to get new work packets every two weeks. But I don't always get them when I am supposed to. For example, from March 24, 2020, to October 2020, I only received work packets on around five occasions from DCPS. I also have gotten the same work packet two weeks in a row. For example, once I got the same Spanish packet that I had already completed.

11. The work packets have assignments which are hard for me to finish because I have trouble reading and understanding the instructions. I need someone to teach me the material and show me what I am supposed to do to complete my work. I told Ms. Tabitha Burnett from the Department of Corrections that I needed help with my work packets, but no help came from that.

12. When I finish a work packet, I hand it to an officer or a teacher and I never see it again. After I hand a work packet in, I don't get feedback on my answers and no one goes over them with me. I never find out which answers I have gotten correct or wrong. I only receive a mid-term grade and a final grade at the end of the school term.

13. I did not see any of my teachers after March 13, 2020, when my classes were stopped, until the beginning of October 2020 when two teachers and an aide from my school started delivering and picking up the work packets. From March 13 until the middle of October, correctional staff gave me my work packets and picked up the work packets.

14. Starting in October 2020, two teachers would stop by my cell and only stay a few minutes to ask how I'm doing. One of the teachers who began coming is Mr. Alexander. He is my English teacher. I haven't had any classes with him. He would ask if he could help me with any of my schoolwork, but there was nothing that he could help me with in a few minutes. I don't just have a single question or a couple of questions to ask. I need to be taught all of my subjects by a teacher.

15. The second teacher who began coming in October 2020 is Mr. Eppie, my Science teacher. I think he only came a few times and I don't think I've seen him in many months. I haven't had any classes with him and he has not helped me with my work packets.

16. In late February 2021, I asked Mr. Alexander to help me with a work packet in a subject area different from what he teaches. He took me into an empty case manager's office with one other student during the one hour of free time that I usually spend calling family or showering and went over some of my questions. He couldn't answer some of my questions because it wasn't his work packet. This session was not like how Mr. Alexander taught before the pandemic. It was not a class.

17. In the beginning of March 2021, I was moved to a different living unit called the Lead Up unit. Mr. Alexander and my Spanish teacher Ms. Taylor visited me and two other IYP students who also live on this unit. They aren't teaching us like they did before the pandemic. But they have started to take us into a case manager's office, or work with us at a table on the unit, for an hour, about three days a week, to help us if we have questions on our work packets.

18. I do not know my other assigned teachers at all. I do not feel like I am learning in most of my subjects.

19. Also since the beginning of March 2021, I've started having daily group mentoring sessions with other people on my unit. There are no teachers or counselors at these meetings. These are older guys who are earning their GEDs and we study together in the television room.

20. I received a tablet from the jail around November 9, 2020, but I could not use it then because I was sent to a restrictive housing unit and they stopped giving me the tablet while I was there. After I got out of restrictive housing, I started getting the tablet again. But it was difficult for me to use the tablet for my schoolwork, so I've stopped trying. It would take about 15 minutes for my schoolwork to load on the tablet and once it was all loaded, I'd have to click on another link to allow me to read it and work on it which would take about another 15 minutes to load. I also don't get service in my cell and so if I wanted to load schoolwork onto my tablet, I'd have to stick it outside of the cell door food slot or use my limited time outside my cell. Once I got to the assignment on the tablet, it was set up just like the work packets. The main difference was that I needed to scroll to the very bottom of the page to write all the answers to the questions in one text box. So, I had to keep scrolling up to read the question and then back down to write the answer. This was very hard for me to do, so I asked to get work packets instead of using the tablet. With the work packets, I am at least able to write my answers after each question.

21. I have seen some videos for my Spanish class uploaded to the tablet, but these aren't videos of my teachers. They are just some videos with the pronunciation of some Spanish words. They aren't helpful. None of my other classes have any videos or recordings on my tablet. I never had any training on the tablet, so I have no idea if there is any way for me to record myself on the tablet or listen to messages from a teacher. I don't think any of my teachers have sent me voice messages. Although I can type and send a question to my teachers with the tablet, when I have asked for help, the teachers don't actually respond to my question. They just write back the same general message of support over and over again. There's no point in me messaging them, because they can't actually teach me through these messages.

22. I try to do my schoolwork in the work packets early in the morning around 4, 5, or 6 a.m. because it is very hard to concentrate during other times of the day because the jail is very loud and the noise echoes. I probably spend about an hour trying to do it and then I get frustrated. I feel like I am forgetting things I learned before. I wish I could get a little more help or that someone would show me how to remember how to do the work I forgot.

23. Before the pandemic, I was receiving mental health counseling from a social worker, Ms. Tina Allen, about once a week. Since the pandemic started, I received no counseling until December 2020. In December 2020, I received counseling two times in-person for two hours total. Ms. Allen took me into the case manager's office to talk. I did not receive any counseling in January and February. Since the beginning of March 2021, I've been taken to a classroom for a virtual session with Ms. Allen once a week, but I usually don't have a session with her because when I'm brought to the room someone else is already in there with her for their session. Although I have gone to the classroom for a virtual session almost every week since the beginning of March, I have only seen Ms. Allen for one virtual counseling session. A guard took me into a classroom

5

and left me in there for an hour to talk to Ms. Allen through videoconference on a computer. Before the counseling session, Ms. Allen sent me a work packet to complete for counseling. She has sent me counseling work packets a few times before, although not on a clear schedule, starting when our counseling sessions stopped because of the pandemic. During the counseling session, Ms. Allen asked me to review the counseling work packet with her and held her packet up to the camera. I don't think the counseling work packets are helpful to me, so I don't finish them. I don't think the videoconference counseling session was helpful at all since it only focused on the work packet. When Ms. Allen visited in-person and had a counseling session with me, that was more helpful than having the counseling work packet because we actually talked. I think I need to talk in counseling sessions.

24. I had an IEP meeting in October 2020, but I don't believe that I have an Individualized Distance Learning Plan. If I do, I didn't help create it and I haven't seen it or know what's on it.

25. Since I have not been getting the specialized instruction and related services mandated by my IEP, my education lawyers helped me file a due process complaint on October 16, 2020. The hearing officer issued his decision on January 11, 2021, but I am still not getting the special education services and related services that my IEP says I should be getting. I also haven't received any compensatory education.

26. I am a plaintiff in this lawsuit because I want to be able to learn. I don't understand most the material in the work packets or on the tablet and I feel like I haven't learned in most of my classes this year. I don't know if I have made any progress this year on any of my IEP goals. I want to make sure that I get my high school diploma and learn enough skills to get a job.

27. My attorneys have informed me of the responsibilities of a class representative and I am willing to protect the interests of the class. I am willing to represent the class as a named plaintiff even if I am released or transferred to a different facility.

Pursuant to 28 U.S.C. §1746, I do declare under penalty of perjury that the foregoing is true and correct. Executed on ___4/7/2021___.

                                                    */s/ Charles H.*
                                                  Charles H.