UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

Charles H. and Israel F., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE DISTRICT OF COLUMBIA, *et al.*,

Defendants.

Civil Action No. _____

## DECLARATION OF ISRAEL F.

I, Israel F., hereby depose and state:

1. I am 18 years old and competent to testify.

2. I am a plaintiff in the above-captioned action.

3. I have been detained in the DC Jail complex since November 5, 2020.

4. Since early December 2020, I have been enrolled in a District of Columbia Public Schools (DCPS) school at the DC Jail complex called Inspiring Youth Program (IYP). I am currently in 12th grade and want to graduate and get my high school diploma by the end of this school year. I have earned a total of 18 credits and only need 6.5 more credits to graduate.

5. I have an emotional disturbance disability. This disability makes it hard for me to do my schoolwork. I often feel hyperactive when I am trying to focus on my schoolwork. I am easily distracted and need frequent breaks to help me focus.

6. Under my Individualized Education Program (IEP), which was developed at the DC Jail complex on January 21, 2021, I should be receiving 26.5 hours per week of Specialized Instruction and 120 minutes per month of Behavioral Support Services, both to be provided outside of the General Education setting.

7. I had an IEP when I was in the community. Before I was detained, I was enrolled in Ballou Senior High School and Kingsman Academy in the community. Kingsman Academy is a full-time, special education school and I also received special education services while enrolled at Ballou Senior High School.

8. In the summer of 2019, I was involved in an incident and was detained at the New Beginnings Youth Development Center ("New Beginnings") starting in September 2019. While there I was enrolled in Maya Angelou Public Charter School ("Maya Angelou Academy"), a See Forever Foundation school. Starting in August 2020, I was detained at the Youth Services Center (YSC), and enrolled in the DCPS school there. On November 5, 2020, I was transferred to the DC Jail complex from YSC.

9. Each of my classes at Ballou Senior High School, Kingsman Academy, and Maya Angelou Academy were taught by two teachers working together in the classroom. I also had the support of counselors. My teachers helped me with my work and I was learning. It was good for me to have a counselor that I could talk with in school.

10. After the coronavirus health pandemic began in March 2020, Maya Angelou Academy stopped providing in-person classes. Instead, we had mostly virtual classes where we saw our teachers over Zoom and they used the smartboards in the classrooms to provide instruction. Our counselors remained in the building throughout my time at Maya Angelou Academy and provided in-person counseling. We had to wear masks and stay at least six feet apart at all times.

11. When I was transferred from New Beginnings to YSC around August 25, 2020, I was enrolled in DCPS. I was told that I needed to log onto a computer and attend video-conferenced classes on Microsoft Teams, but I had trouble logging onto my Microsoft Teams

account. I was only able to attend a few of my classes on the computer. I did not receive any special education and related services during this time.

12. Around November 5, 2020, I was transferred to the DC Jail complex. At the DC Jail complex, I have to stay in my cell for 23 hours a day because the jail is in a lockdown. All residents on my unit are on this 23-hour-a-day lockdown. I can only leave my cell for one hour. During this one hour out of my cell, I make telephone calls to my family, exercise, and shower.

13. I tried to enroll in DCPS's IYP as soon as I was transferred to the DC Jail complex, but DCPS did not enroll me, even though I was enrolled at the DCPS school at YSC. I was not enrolled until early December 2020. Since I have been at the DC Jail complex, there have been no IYP classes.

14. Before being enrolled in IYP in December, I was not given any schoolwork at all. For example, I did not receive any work packets or a tablet.

15. Around mid-December 2020, I received my first paper-based work packets. Correctional staff hand me an envelope with around three work packets at a time. Then they expect me to complete these work packets on my own. Since December 2020, I have been given a few envelopes that usually come with three work packets each. I never know when they are going to come drop off the packets - there isn't a schedule for when they are delivered.

16. I don't understand the work packets. There is nothing in the work packets that helps me to understand them. No one has told me that these work packets are individualized to help me. Unless a teacher teaches me the material, I don't think that anything could be done to the work packets to help me with them.

17. I haven't handed in any of the work packets because I haven't been able to complete a single one. I haven't been taught the material in them and I can't stay motivated and focused to

try to do the work in them. I haven't even been given a calculator to help me do my Probability & Statistics work.

18. There is a lot of noise on my unit from all of the people and the industrial fans, so this makes it hard for me to concentrate on my schoolwork. I don't have any headphones to block the noise.

19. Around mid-December 2020, I was given a tablet after I had started receiving my work packets. Someone else who is detained at the jail and has a work assignment hands me a tablet every day after lunchtime, which is around 11 a.m., and then takes it from me every night around 10 p.m.

20. On January 21, 2021, I participated in a virtual IEP team meeting with IYP staff and teachers. I never received any training on how to use the tablet and no one gave me instructions.

21. I can log onto the tablet and see that there is schoolwork and videos. But the tablet doesn't have a good connection to the intranet in my cell, so I can't actually do the schoolwork or watch the videos. If I try to watch a video, it will stop a few minutes in and then I have to go back to the beginning of the video to try again. I get really frustrated with this. If I stick the tablet out through my cell door slot, then I can get the tablet to connect to the intranet. But then I have to keep the tablet out there the entire time. I can hold it out there or put it down on the cell door slot tray, but if I put it down, the tablet falls over and out of my cell where I can't reach it. When that happens, I have to wait for a guard to come by and hand it back to me before I can try to do schoolwork on it again. I can't watch videos or type like this. Occasionally, I use my one hour out of my cell to try to upload school instruction videos onto my tablet, but I don't usually have

time to do any schoolwork during this hour. I haven't been able to complete any of my schoolwork on the tablet. I still ask for work packets instead.

22.     When I have questions about my schoolwork, I cannot use my tablet to send a message to my teachers to ask for help unless I know the teachers' names to send a message. I don't know most of my teachers names, because I haven't met them. Since I don't know my teachers' names, they would have to send me a message first for me to respond. Most of my teachers haven't sent me a message.

23.     I haven't been able to watch the full videos on the tablet so I don't know much about them. From the little that I have seen of the videos, they do not look like they were recorded by my teachers. The videos I have seen are just slideshows of class materials and don't have teachers appearing in them. The videos do have audio, but because I haven't been given headphones, it is hard to hear the audio with all the noise on my living unit. Even if I could watch these videos, I don't believe that they would be helpful for me to understand my work packets because I need to talk back and forth with a teacher about the work and my questions.

24.     Since enrolling in IYP, I haven't been taught by a teacher. A few times, my English teacher, Mr. Alexander, has dropped off the work packets to my cell, but I don't see him often. When I did see him, he asked me if I was okay and if I had any questions about my work, but I didn't even know where to start asking him for help. I don't have one or two questions to ask a teacher who stops by, I need to be taught all of my subjects by a teacher.

25.     According to my IEP, I am supposed to meet with a social worker for behavioral support services for two hours a month. I have seen a counselor two times since I've been detained in the DC Jail complex since November. One time was for an hour session with the counselor and

one time was during my IEP meeting. I received one counseling work packet before the one time I met with the counselor. I have not received any other counseling work packets since that time.

26. Because I have not received the services in my IEP, I have trouble understanding the schoolwork presented to me since I arrived at the DC Jail complex. I know that my IEP has goals and I know that I am not meeting them right now, which I worry will hold me back from reaching the goals I want to accomplish in the future. Being in my cell for 23 hours a day also impacts my ability to do my work since it is very difficult to concentrate.

27. A few weeks ago I was offered the opportunity to move to a different living unit in the D.C. Jail Complex called the Lead Up unit. But I said that I didn't want to be moved, because my understanding is that this unit is just the same in terms of schoolwork as what I am getting right now. My understanding is that Mr. Alexander offers to help out the students, but that there aren't classes. I don't think the Lead Up unit is going to give me the education that I need.

28. Since I am not getting the education that I need to graduate high school, my lawyers helped me file a due process complaint on February 4, 2021. My hearing is set for May 19 and May 20, 2021.

29. I am suing the District because I want to be able to learn. I don't feel like I've learned anything. I am scared of not getting a high school diploma or learning enough skills to get a job.

30. My attorneys have informed me of the responsibilities of a class representative and I am willing to protect the interests of the class. I am willing to represent the class as a named plaintiff even after I am released.

Pursuant to 28 U.S.C. §1746, I do declare under penalty of perjury that the foregoing is true and correct. Executed on  4-7-21  .

*Israel F*

Israel F.