UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H. and ISRAEL F.,** *on behalf of themselves and all others similarly situated*,<br><br>**Plaintiffs,**<br>**v.**<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>**Defendants.** | **Civil Action No. 21-997 (CJN)** |

## JOINT STATUS REPORT

Pursuant to the Court's April 13, 2021 Minute Order, the Parties submit this joint status report. The Parties conferred regarding a proposed briefing schedule for plaintiffs' motion for a preliminary injunction and submit their respective positions below.

### PLAINTIFFS' POSITION

Local Rule 65.1(c) requires defendants to respond to Plaintiffs' Motion for a Preliminary Injunction within seven days. Defendants seek additional time to prepare their response. Plaintiffs consent to defendants' request for 30 days for the preparation of the response which will make defendants' brief due on May 12, 2021. As indicated below, defendants consent to plaintiffs' request for 15 days to prepare their reply, rather than the seven days that are permitted under Local Rule 7, making plaintiffs' reply brief due on May 27, 2021.

This Court's Minute Order of April 13, 2021 only directed the parties to confer and propose a briefing schedule for Plaintiffs' Motion for a Preliminary Injunction. However, during the conference, defendants also raised with plaintiffs their request to stay their obligation to file an answer or responsive pleading to the Complaint and to stay the briefing of Plaintiffs' Motion for Class Certification until after the resolution of Plaintiffs' Motion for a Preliminary Injunction.

Defendants make these same requests below.  In the event that the Court intends to resolve those requests without a motion by defendants, plaintiffs respond briefly as follows:

(1) Plaintiffs do not oppose a stay of defendants' time to answer or otherwise plead in response to the Complaint until 14 days after this Court's resolution of Plaintiffs' Motion for a Preliminary Injunction.

(2) Plaintiffs oppose a stay of defendants' time to respond to Plaintiffs' Motion for Class Certification because Plaintiffs' Motion for a Preliminary Injunction seeks preliminary relief for the class, not just for the named plaintiffs.   Therefore, the Court should have before it all submissions concerning Plaintiffs' Motion for Class Certification by the time that the Motion for a Preliminary Injunction is ready to be considered.

Finally, plaintiffs request oral argument on their Motion for a Preliminary Injunction.

## DEFENDANTS' POSITION

Defendants the District of Columbia, District of Columbia Public Schools and the Office of the State Superintendent of Education (collectively, the District) propose that the District's opposition to plaintiffs' motion for a preliminary injunction be due on May 12, 2021, and that plaintiffs' reply be due on May 27, 2021. The District requests this briefing schedule to ensure there is sufficient time to address the voluminous record and numerous complex legal issues presented in plaintiffs' motion.

Further, in the interest of judicial economy and to preserve the Parties' resources, the District requests that the deadlines to respond to plaintiffs' Complaint and motion for class certification be stayed pending resolution of the motion for a preliminary injunction. Although the District will oppose plaintiffs' motion for injunctive relief, if the Court is inclined to award any

preliminary relief, the District submits that class certification would not be necessary prior to the entry of such relief.

Dated: April 15, 2021.                                   Respectfully submitted,

| | |
|---|---|
| KARL A. RACINE<br>Attorney General for the District of Columbia | /s/*Zenia Sanchez Fuentes*<br>KATHLEEN L. MILLIAN, DC Bar 412350<br>ZENIA SANCHEZ FUENTES, DC Bar 50036<br>STEPHANIE A. MADISON, DC Bar 1025581<br>TERRIS, PRAVLIK & MILLIAN, LLP<br>1816 12th Street, NW, Suite 303<br>Washington, DC 20009<br>(202) 682-2100<br>Fax: (202) 289-6795<br>kmillian@tpmlaw.com;<br>zsanchez@tpmlaw.com;<br>smadison@tpmlaw.com |
| */s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Acting Deputy Attorney General<br>Public Interest Division | |
| */s/ Honey Morton*<br>MICAH BLUMING [1618961]<br>HONEY MORTON [1019878]<br>RICHARD SOBIECKI [500163]<br>Assistant Attorneys General<br>Equity Section<br>400 Sixth Street, N.W., Suite 10100<br>Washington, D.C. 20001<br>(202) 724-7272<br>(202) 730-1833 (fax)<br>micah.bluming@dc.gov<br>honey.morton@dc.gov<br>richard.sobiecki@dc.gov | Kaitlin Banner D.C. Bar No. 1000436<br>Margaret Hart D.C. Bar No. 1030528<br>Jonathan Smith, DC Bar 396578<br>WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS<br>700 14th Street, NW, Suite 400<br>Washington, DC 20005<br>Phone: (202) 319-1000<br>Fax: (202) 319-1010<br>Kaitlin_banner@washlaw.org<br>margaret_hart@washlaw.org<br>Jonathan_smith@washlaw.org |
| Counsel for Defendants | Ifetayo Belle, DC Bar 1601686<br>Sarah Comeau, DC Bar 1012980<br>SCHOOL JUSTICE PROJECT<br>1805 7th Street NW, 7th Floor<br>Washington, DC 20001<br>(202) 630-9969<br>tbelle@sjpdc.org; scomeau@sjpdc.org |
| | Counsel for Plaintiffs |