UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES H. AND ISRAEL F., on behalf
of themselves and all others similarly
situated,
        *Plaintiffs*,

v.

THE DISTRICT OF COLUMBIA, *et al.*,

        *Defendants*.

Civil Action No. 1:21-cv-00997 (CJN)

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION WITH THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 65.1(c), plaintiffs respectfully move this Court for leave to file a supplemental declaration with their reply brief in support of their Motion for a Preliminary Injunction Concerning Education for Students with Disabilities at the DC Jail Complex.  ECF 12.

In their opposition, defendants argue that a preliminary injunction is unnecessary because some in-person instruction and related services at Inspiring Youth Program (IYP), the DCPS-operated school at the DC Jail complex, have resumed as of May 5, 2021, and will be available to all IYP students starting the week of May 14, 2021. Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction, ECF 23, pp. 14, 16.

Plaintiffs have investigated defendants' claims about the resumption of in-person instruction and related services in May 2021 to meet the mandates of the Individualized Education Programs (IEPs) of the putative plaintiff class in conformance with the Individuals with Disabilities Education Act (IDEA).  In order to respond to defendants' assertions, which relate to events that occurred after plaintiffs' motion was filed on April 12, 2021, plaintiffs seek leave to

submit a supplemental declaration from an IYP student. The proposed declaration responds to defendants' factual assertions regarding the resumption of in-person instruction and related services for IYP students in May 2021 at the DC Jail complex.

Plaintiffs' proposed declaration is attached in a redacted version. *See* Pl. Ex. 45 (Redacted). Plaintiffs will seek leave to submit the original proposed declaration under seal in order to protect the declarant's confidential health and educational information. Promptly after filing this motion, plaintiffs will file a motion on behalf of the IYP student for leave to file his original declaration under seal.

Plaintiffs submit that the Court should exercise its inherent authority to permit the additional declaration in support of plaintiffs' motion for a preliminary injunction. The supplemental declaration will assist the Court to better understand the most current circumstances at the DC Jail complex.

Pursuant to Local Rule 7(m), plaintiffs consulted with counsel for defendants, Honey Morton, concerning the relief sought in this motion. Ms. Morton responded that defendants take no position on the relief requested in this motion.

A supporting memorandum and proposed order are attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ *Zenia Sanchez Fuentes* |
|  | Kathleen L. Millian, DC Bar No. 412350<br>Zenia Sanchez Fuentes, DC Bar No. 500036<br>Stephanie A. Madison, DC Bar No. 1025581<br>TERRIS, PRAVLIK & MILLIAN, LLP<br>1816 12th Street, NW, Suite 303<br>Washington, DC  20009-4422<br>(202) 682-2100, ext. 8478<br>kmillian@tpmlaw.com;<br>zsanchez@tpmlaw.com;<br>smadison@tpmlaw.com |
|  | Ifetayo Belle, DC Bar No. 1601686<br>Sarah Comeau, DC Bar No. 1012980<br>SCHOOL JUSTICE PROJECT<br>1805 7th Street, NW, 7th Floor<br>Washington, DC 20001-3186<br>(202) 630-9969<br>tbelle@sjpdc.org; scomeau@sjpdc.org |
|  | Kaitlin R. Banner, DC Bar No. 1000436<br>Margaret F. Hart, DC Bar No. 1030528<br>Jonathan Smith, DC Bar No. 396578<br>WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS<br>700 14th Street, N.W., Suite 400<br>Washington, DC 20005<br>Phone: (202) 319-1000<br>Fax: (202) 319-1010<br>kaitlin_banner@washlaw.org;<br>margaret_hart@washlaw.org;<br>jonathan_smith@washlaw.org |
| May 27, 2021 | *Counsel for Plaintiffs* |