# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | **Civil Action No. 21-997 (CJN)** |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND MOTION TO SET BRIEFING SCHEDULE

Defendants the District of Columbia, District of Columbia Public Schools (DCPS), and the Office of the State Superintendent of Education (OSSE) (collectively, the District) respond to plaintiffs' motion for leave to file an amended complaint (motion for leave) [31], and separately request that the Court set a briefing schedule for the District's response to plaintiffs' proposed amended complaint and plaintiffs' motion for class certification.

The District does not oppose plaintiffs' motion for leave. However, the District requests that if the Court grants plaintiffs' motion, the Court also set the District's deadline to respond to the Amended Complaint for 21 days after the Court issues a decision on plaintiffs' pending motion for a preliminary injunction (PI) [12]. Currently, the District's deadline to respond to the original Complaint is 14 days after the Court rules on plaintiffs' motion for a PI. *See* Minute Order of April 16, 2021.

The District further requests that the Court stay briefing on class certification until 30 days after a decision on any motion to dismiss the District may file, or 30 days after an Answer is filed

if the District does not file a motion to dismiss.[1] Pursuant to Local Civil Rule 7(m), the Parties conferred on this motion. Plaintiffs consent to setting the District's deadline to respond to the Amended Complaint for 21 days after a decision on plaintiffs' motion for a PI but oppose the District's requested relief as to class certification briefing. A memorandum of points and authorities and a proposed order are attached.

Dated:  June 15, 2021.                    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
RICHARD P. SOBIECKI [500163]
HONEY MORTON [1019878]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-7272
Fax: (202) 730-1833
micah.bluming@dc.gov

*Counsel for Defendants*

---

[1] In the Parties' joint status report filed on April 15, 2021 [15], the District requested that the Court stay briefing on class certification. At a status conference held on April 21, 2021, the Court took the District's request under advisement pending further briefing on plaintiffs' motion for a PI.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | **Civil Action No. 21-997 (CJN)** |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND MOTION TO SET BRIEFING SCHEDULE

In support of their response to plaintiffs' motion for leave to file an amended complaint and their motion to set a briefing schedule, defendants the District of Columbia, District of Columbia Public Schools (DCPS), and the Office of the State Superintendent of Education (OSSE) (collectively, the District) submit the following:

1. Fed. R. Civ. P. 6(a), 23(c);

2. Defendants' showing of good cause in support of the motion;

3. Plaintiffs' partial consent; and

4. The inherent power of the Court.

If the Court grants plaintiffs' motion for leave to file an amended complaint, the District requests that the Court set the District's deadline to respond to the Amended Complaint for 21 days after the Court issues a decision on plaintiffs' pending motion for a preliminary injunction (PI). Plaintiffs consent to this request. Currently, the District's deadline to respond to the original Complaint is 14 days after the Court rules on plaintiffs' motion for a PI. *See* Minute Order of April

16, 2021.

The District further requests that the Court stay briefing on class certification until 30 days after a decision on any motion to dismiss the District may file, or 30 days after an Answer is filed if the District does not file a motion to dismiss. It is within the Court's inherent power to stay briefing on class certification, especially when doing so will promote the interests of judicial economy and will not prejudice the plaintiffs. *See, e.g.*, *Taylor v. Fed. Aviation Admin.*, Civil Action No. 18-0035, 2018 WL 1967127, at *1 (D.D.C. Feb. 8, 2018). That is the case here, as the requested stay of class certification briefing would allow the Court to rule on any motion to dismiss the District may file before considering class certification, which may be rendered moot.

Dated:  June 15, 2021.            Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
RICHARD P. SOBIECKI [500163]
HONEY MORTON [1019878]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-7272
Fax: (202) 730-1833
micah.bluming@dc.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.**, *et al.*,<br><br>        **Plaintiffs,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>        **Defendants.** | Civil Action No. 21-997 (CJN) |

## ORDER

Upon consideration of defendants' response to plaintiffs' motion for leave to file an amended complaint and motion to set briefing schedule (Defendants' Motion), plaintiffs' partial consent, and the entire record, it is this _____ day of June 2021, ORDERED that:

1)     Defendants' Motion is GRANTED;

2)     Defendants shall respond to plaintiffs' Amended Complaint no later than 21 days after a decision on plaintiffs' Motion for a Preliminary Injunction; and

3)     Defendants shall respond to plaintiffs' Motion for Class Certification no later than 30 days after a ruling on Defendants' Motion to Dismiss, or, if Defendants do not file a motion to dismiss, 30 days after filing their Answer.

_____
THE HONORABLE CARL J. NICHOLS
Judge, United States District Court
    for the District of Columbia