UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES H. AND ISRAEL F., on behalf of themselves and all others similarly situated,<br>      *Plaintiffs*,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>      *Defendants*. | Civil Action No. 1:21-cv-00997 (CJN) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Civil Rule 15.1, plaintiffs move for leave to file a second amended complaint ("Second Amended Complaint").

Plaintiffs move to amend their complaint in light of the defendants' motion to dismiss the two defendant District of Columbia educational agencies pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. ECF 43. The purposes of the amendments are to amend Claim 2 and to clarify that all claims are brought against defendant the District of Columbia.

This is the second time that plaintiffs have moved to amend their Complaint. On June 1, 2021, plaintiffs filed a Motion for Leave to file an Amended Complaint (ECF 31) that, *inter alia*, added plaintiff Malik Z. *See* Amended Class Action Complaint for Declaratory, Injunctive, and Other Relief, ECF 31-3. Defendants did not oppose the motion to amend (ECF 36) and it was granted by the Court in a Minute Order of June 16, 2021.

In support of this motion, plaintiffs submit the accompanying memorandum of points and authorities. The proposed Second Amended Complaint is attached as Plaintiffs' Exhibit 1. A

redline version showing all changes from Plaintiffs' Amended Complaint (ECF 31-3) to the Second Amended Complaint is attached as Plaintiffs' Exhibit 2.

A proposed order is also attached.

## STATEMENT PURSUANT TO LOCAL RULE 7(m)

Pursuant to Local Rule 7(m), plaintiffs consulted with counsel for defendants, Micah Bluming, concerning the relief sought in this motion. Mr. Bluming responded:

> The District does not consent to plaintiffs' motion and believes briefing on class certification should not precede briefing on a motion to dismiss or an answer. The District would not oppose plaintiffs' motion for leave to amend if the District's opposition to plaintiffs' motion for class certification is extended accordingly to be due two weeks after a motion to dismiss is fully briefed.

Respectfully submitted,

/s/ *Stephanie A. Madison*

Kathleen L. Millian, DC Bar No. 412350
Zenia Sanchez Fuentes, DC Bar No. 500036
Stephanie A. Madison, DC Bar No. 1025581
TERRIS, PRAVLIK & MILLIAN, LLP
1816 12th Street, NW, Suite 303
Washington, DC 20009-4422
(202) 682-2100, ext. 8478
kmillian@tpmlaw.com;
zsanchez@tpmlaw.com;
smadison@tpmlaw.com

Ifetayo Belle, DC Bar No. 1601686
Sarah Comeau, DC Bar No. 1012980
SCHOOL JUSTICE PROJECT
1805 7th Street, NW, 7th Floor
Washington, DC 20001-3186
(202) 630-9969
tbelle@sjpdc.org; scomeau@sjpdc.org

Kaitlin R. Banner, DC Bar No. 1000436
Margaret F. Hart, DC Bar No. 1030528
Jonathan Smith, DC Bar No. 396578
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, N.W., Suite 400
Washington, DC 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org;
margaret_hart@washlaw.org;
jonathan_smith@washlaw.org

July 21, 2021                           *Counsel for Plaintiffs*