UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | **Civil Action No. 21-997 (CJN)** |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's preliminary injunction (PI) issued on June 16, 2021 [37], defendants the District of Columbia, District of Columbia Public Schools (DCPS), and the Office of the State Superintendent of Education (OSSE) (collectively, the District) provide this update on the Inspiring Youth Program (IYP) at the D.C. Jail.

The summer term at IYP ended on August 6, 2021, and the 2021-2022 academic year began on August 30, 2021. The District will file under seal a list of the classes in which each student is enrolled, as well as a chart reflecting the total hours per week of specialized instruction and related services each IYP student received since the District's last status report filed on August 2, 2021 [50].[1]

---

[1] Since the District's last report on August 2, 2021, six students have left IYP. Nine additional students have since enrolled. (Two newly enrolled students, including plaintiff Israel F., were previously enrolled, released from custody, and have now reenrolled.) These changes are reflected on the chart the District will be filing under seal. The District will also file under seal IEPs for eight of the newly enrolled students. No IEP will be filed for one newly enrolled student whose IEP has been filed previously.

### Updates on Housing

As of the District's last status report on August 2, 2021, there were 35 students enrolled in IYP; 26 were housed in the jail's general population, and the remaining 9 were housed in restrictive housing. *See* August 2, 2021 Status Report [50] at 4. As of today, there are 37 students enrolled in IYP, 29 of whom reside in the general population and 8 of whom are in restrictive housing, although the number of students in restrictive housing varies on any given day. There are 28 housed in CTF, and 9 housed in CDF.

### Virtual Instruction

The Department of Corrections (DOC) is working with its digital tablet vendor to test a beta version of its virtual classroom software. Beta testing is ongoing and will continue until the software is ready for use. The District will notify the Court when testing is complete.

### IYP Provider Transition

On August 16, 2021, the Public Charter School Board approved an amendment to the existing charter of Maya Angelou Public Charter School (Maya Angelou PCS), providing that Maya Angelou PCS will take over as the IYP provider effective October 1, 2021. *See* District of Columbia Public Charter School Board, Board Meeting – August 2021, available at https://dcpcsb.org/board-meeting-august-2021 (last accessed September 1, 2021). DCPS remains the IYP provider and will continue providing instruction and related services until that date. Maya Angelou PCS will serve as the Local Education Agency (LEA) for IYP through the end of the 2021-2022 school year. OSSE, DOC, and Maya Angelou PCS are currently working on agreements to set forth the terms for Maya Angelou PCS's work. The District has given plaintiffs' counsel the opportunity to provide recommendations about what those agreements should contain. The District will provide any final agreements to the Court when they are available. OSSE, DCPS,

and Maya Angelou PCS are meeting and coordinating regularly to ensure a smooth transition for the students in IYP.

| | |
|---|---|
| Dated: September 1, 2021. | Respectfully submitted, |

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
RICHARD P. SOBIECKI [500163]
HONEY MORTON [1019878]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-7272
Fax: (202) 730-1833
micah.bluming@dc.gov

*Counsel for Defendants*