UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.**, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 21-997 (CJN) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's preliminary injunction (PI) issued on June 16, 2021 [37], defendants the District of Columbia, District of Columbia Public Schools (DCPS), and the Office of the State Superintendent of Education (OSSE) (collectively, the District) provide this update on the Inspiring Youth Program (IYP) at the D.C. Jail. The District will file under seal a chart reflecting the total hours per week of specialized instruction and related services each IYP student received since the District's last status report filed on September 1, 2021 [63].[1]

### IYP Provider Transition

On October 1, 2021, the Maya Angelou Public Charter School (Maya Angelou PCS) took over for DCPS as the local education agency (LEA) at IYP. Ex. A, Suppl. Decl. of Victoria Glick (Suppl. Glick Decl.) ¶ 3. OSSE supervised the transition through regular meetings with key staff at the Department of Corrections (DOC), DCPS and Maya Angelou PCS, and provided technical assistance to ensure the timely transfer of student records and that Maya Angelou PCS had the

---

[1] Since the District's last report on September 1, 2021, four students have left IYP, all of whom were released from DOC custody. One new student enrolled. These changes are reflected on the chart the District will be filing under seal. The District will also file under seal an IEP for the one newly enrolled student.

resources, space and support necessary to deliver educational services at IYP beginning on October 1. *Id.* ¶ 4. OSSE, DOC and Maya Angelou PCS are in the process of finalizing a Memorandum of Agreement (MOA) that identifies the responsibilities and obligations of each entity at IYP, and includes dispute resolution mechanisms. *Id.* ¶ 8. The District will provide the Court with a copy of the MOA once it is fully executed.

Maya Angelou PCS's instructional model at IYP is designed to meet the needs of each individual student, regardless of where the student is coming from or where they are in their educational career. In order to do that, Maya Angelou PCS is conducting an audit of student transcripts and will create new course schedules to place students into classes needed to graduate. *Id.* ¶ 7. Although these schedules may differ from the classes students attended in September 2021, Maya Angelou PCS will afford students partial credit for completed seat hours. *Id.* In addition, during the months of October and November, Maya Angelou PCS plans to evaluate students for learning loss and regression, and will then deliver accelerated learning through tutoring and other methods to assist with recovery. *Id.*

Currently, Maya Angelou PCS has confirmed that it has fourteen teaching staff ready to enter IYP, and has access to the space needed to provide all services required by students' IEPs. *Id.* ¶ 5. Maya Angelou PCS intends to have in place two separate teaching teams: one to provide instruction to students in general housing units, and one dedicated to the restrictive housing units. *Id.* OSSE will monitor the delivery of educational services and the implementation of IEPs, continue to convene cross-sector coordination meetings, and provide technical assistance to support Maya Angelou PCS as needed. *Id.* ¶ 9. In addition, OSSE will monitor Maya Angelou PCS through its Annual Risk Based Monitoring process, as it does all other LEAs in the District,

and has revised its monitoring schedule to ensure an early review of Maya Angelou PCS's program implementation. *Id.*

### IYP in September

DCPS provided specialized instruction at IYP throughout the month of September despite a significant staff shortage. The staff shortage was the result of many instructors at IYP leaving their positions ahead of the provider transition; news of the transition conveyed in May 2021 led many to seek positions at other schools for the 2021-22 school year, while others resigned or were terminated because of licensure issues. *See* Ex. B, Decl. of Dr. Melissa Kim (Kim Decl.) ¶ 5. Over the summer and continuing into September, DCPS took several measures to secure new instructional staff, including, among other things, attempting to identify potential new hires from the 2021-22 teacher hiring pool and available long-term substitutes within the DCPS system. *Id.* ¶ 6. DCPS was able to hire four teachers and one special education coordinator,[2] but several barriers prevented DCPS from hiring more staff. Prospective teachers expressed a general hesitation to accept positions inside the D.C. Jail, as well as concerns with the COVID-19 pandemic and a reluctance to commit to a one-month position, instead deciding to take year-long positions at other schools. *Id.* ¶ 8.

In addition to limited staff, DCPS faced various other barriers to providing students with the full hours of specialized instruction and related services called for in their IEPs. For example, on September 20, the main unit housing students in the Correctional Treatment Facility flooded and classes were cancelled for the day. *Id.* ¶ 10. During September, various housing units were

---

[2]   Mid-way through September, one teacher was called away for unanticipated military duty. *Id.* ¶ 9.

3

also placed in quarantine due to COVID-19 exposures, and students were unable to attend class or related services sessions. *Id.*

Even with these difficulties, DCPS was able to complete all required Individual Education Program (IEP) annual reviews and triannual evaluations prior to September 30 for students who were enrolled at IYP prior to the start of the school year. *Id.* ¶ 11. DCPS verified that student files, including student transcripts and grades, were up to date prior to October 1. *Id.* DCPS also obtained end of the year benchmark data for four students, which has been made available to Maya Angelou PCS. *Id.*

## Updates on Housing

As of the District's last status report on September 1, 2021, there were 37 students enrolled in IYP; 29 were housed in the jail's general population, and the remaining 8 were housed in restrictive housing. *See* September 1, 2021 Status Report at 2. As of September 30, there were 34 students enrolled in IYP, 24 of whom resided in the general population and 10 of whom were in restrictive housing, although the number of students in restrictive housing varies on any given day.

## Virtual Instruction

The Department of Corrections (DOC) is currently testing a beta version of its virtual classroom software with several residents at the D.C. Jail. The District will notify the Court when testing is complete. Maya Angelou PCS has been made aware of the educational technology currently available for use at IYP. Currently, however, plans are in place to deliver all student instruction in person.

Dated:  October 1, 2021.            Respectfully submitted,

                                    KARL A. RACINE
                                    Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
RICHARD P. SOBIECKI [500163]
HONEY MORTON [1019878]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-7272
Fax: (202) 730-1833
micah.bluming@dc.gov

*Counsel for Defendants*