# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> Defendants. | Civil Action No. 21-997 (CJN) |

### SUPPLEMENTAL DECLARATION OF VICTORIA GLICK

Pursuant to 28 U.S.C. § 1746, I, Victoria Glick, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge acquired in the course of my official duties. I previously provided a declaration in this matter [50-2].

2. I provide this declaration to inform the Court of the Office of the State Superintendent of Education's (OSSE) supervisory activities related to the transition from District of Columbia Public Schools (DCPS) to Maya Angelou Public Charter School (Maya Angelou PCS) as the local education agency (LEA) at the Inspired Youth Program (IYP).

3. Today, October 1, 2021, Maya Angelou PCS took over for DCPS as the new IYP service provider.

4. OSSE has supervised the transition to Maya Angelou PCS through regular meetings with key staff at Department of Corrections (DOC), DCPS, and Maya Angelou PCS, and through coordination meetings, as necessary, across other District agencies. OSSE also coordinated cross-District activities to ensure funding resources would be timely and appropriately allocated. Throughout the transition, OSSE provided technical assistance to DCPS and Maya Angelou PCS

to ensure the smooth transfer of student records and evaluated Maya Angelou PCS's preparedness to staff the education program. Technical assistance included a focus on the transfer of data, student records and physical space, and the development of revised procedures for inter-agency engagement in intake and free appropriate public education (FAPE) offer processes, allowable uses of funding, staffing, and individual education program (IEP) service implementation.

5. Currently, Maya Angelou PCS has confirmed that it has a fourteen teaching staff set to provide instruction for IYP students, and that it has the requisite space available to provide all instruction and related services as required by students' IEPs. Maya Angelou PCS intends to have in place two separate teaching teams: one dedicated to the restrictive housing units, and one dedicated to the general population housing units.

6. Maya Angelou PCS will provide in-person behavioral support related services, and all other IEP required related services synchronously until related service providers are fully staffed at IYP. OSSE has made Maya Angelou PCS aware of the Court's injunction and the requirement that the District provide the full specialized instruction and related services called for in each student's IEP. OSSE has stressed that Maya Angelou PCS must work as quickly as possible to increase its capacity to provide all required specialized instruction and related services.

7. Maya Angelou PCS delivers education through an instructional model designed to meet individual student needs to achieve course completion at an appropriate pace. Maya Angelou PCS is conducting an audit of student transcripts to identify student-specific credit achievement needs and is creating new student course schedules designed to place students into not-yet completed and not-yet-taken courses. Maya Angelou PCS's instructional model affords students partial credit for completed course seat hours. During October and November 2021, Maya Angelou PCS will assess student learning loss and regression, including review of DCPS provided student

data, and will then deliver accelerated learning through tutoring and on-line and credit recovery options based on needs identified through initial assessment.

8. OSSE, DOC and Maya Angelou PCS are finalizing a Memorandum of Agreement (MOA), that identifies the responsibilities and obligations of each entity at IYP. The MOA identifies education program administration activities, data sharing responsibilities, resident intake and release activities, physical space requirements, education and IEP service delivery requirements, and dispute resolution activities.

9. OSSE will monitor Maya Angelou PCS's delivery of specialized instruction and related services to IYP students and will continue to convene cross-education sector coordination meetings to support ongoing transition and program initiation activities. In addition, OSSE will monitor Maya Angelou PCS through its Annual Risk Based Monitoring process, as it does all other LEAs in the District. OSSE has revised the agency's monitoring schedule to conduct annual monitoring activities in February 2022 to ensure that immediate review of program implementation takes place, and technical assistance is provided to Maya Angelou PCS and DOC to ensure programmatic shifts are made to support student receipt of services.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on   10/1/21                         *Victoria Glick*
                                              VICTORIA GLICK