# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 21-997 (CJN) |

## DECLARATION OF DR. MELISSA KIM

Pursuant to 28 U.S.C. § 1746, I, Melissa Kim, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration and testify based on my personal knowledge acquired in the course of my official duties.

2. I am the Deputy Chancellor for the District of Columbia Public Schools (DCPS). In this role, I lead the district's 116 schools as well as all programs including academics, interventions, innovations, equity initiative, and leadership development to ensure that DCPS provides rich and rigorous experiences for all students. Inspiring Youth Program (IYP) has been one of our schools and as such I oversee the provision of educational services for students who attend IYP. I have held this position since 2018. I have been an educator in DC for more than 20 years.

3. I provide this declaration to describe the provision of specialized instruction and related services at IYP in September 2021.

4. On or around May 18, 2021, DCPS informed staff at IYP that in the fall of 2021, DCPS would no longer serve as the education provider at the D.C. Jail. We communicated to our

IYP instructors and related services providers that they would no longer have their positions with DCPS at IYP after the transition to a new provider occurred.

5. After notification of the transition, many IYP instructors and related services providers secured new positions at other schools for the 2021-2022 school year, which necessitated their departure from IYP before the start of the fall term on August 30, 2021. IYP staff who did not secure new positions at other schools either resigned, retired, or were terminated because of licensure non-compliance.

6. DCPS made significant efforts to secure instructional and related services staff at IYP for the month of September. DCPS identified potential hires based on available candidates remaining in our 2021-22 teacher hiring pool; identified available substitutes within the DCPS system who sought long-term assignments; provided outreach to both groups outlining details of the assignment; and connected interested parties with IYP Principal Dr. Raymond Cummings for selection and to initiate the hiring and onboarding process.

7. Additionally, central office related-service providers were detailed to IYP to provide student support in lieu of school-based staff members. Contractors were also considered to provide additional staff support, but unfortunately could not be detailed to report to a correctional facility.

8. Through these efforts, DCPS was initially able to hire a total of four teachers and one special education coordinator to provide instruction and special education support for IYP students. Several barriers prevented DCPS from hiring more teachers despite diligent efforts to do so. Along with general hesitation to accept teaching positions in the D.C. Jail, prospective staff also expressed concern with the ongoing pandemic, including health and safety protocols and procedures. Further, because of the scheduled provider transition, DCPS was only able to offer a

one-month contract to teachers at IYP and many potential candidates decided instead to take year-long positions at other schools.

9. Midway through September, one of the four instructors was called away for unanticipated military duty and could not finish out the month. Throughout the month, DCPS continued its efforts to hire additional teachers and followed up with qualified candidates in our hiring pool. These efforts included outreach to both candidates in our existing teacher pool and substitute pool. Interest in these positions was limited, and the expected turnaround time for hire was extremely tight. In part because of DCPS's required clearance procedures for hiring, DCPS was not able to assign any additional staff to IYP during September.

10. On top of limited staff, DCPS faced additional barriers to providing students with the full hours of specialized instruction and related services called for in their IEPs during the month of September. For example, on September 20th, the main unit housing students in the Correctional Treatment Facility (CTF) was flooded and classes had to be cancelled for the day. During that time, students were also unable to attend related services sessions. In addition, various units were placed on COVID-19 quarantine status throughout the month and students were unable to attend class or meet with related services providers.

11. Despite staffing shortages, DCPS was able to complete all required Individual Education Program (IEP) annual reviews and triannual evaluations by September 30, for students who were housed in the facility and enrolled at IYP prior to the beginning of the school year. DCPS ensured that student files were updated prior to the provider transition on October 1, including student transcripts and grades. DCPS obtained beginning of the year benchmark data for 14 scholars, and data reports were uploaded and will be available to Maya Angelou Public Charter School.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on <u>Friday, October 1st, 2021</u>

                                        Melissa M. Kim, Ed. D
                                        Deputy Chancellor, DCPS