UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>Defendants. | Civil Action No. 21-997 (CJN) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's preliminary injunction (PI) issued on June 16, 2021 [37], defendants the District of Columbia, District of Columbia Public Schools (DCPS), and the Office of the State Superintendent of Education (OSSE) (collectively, the District) provide this update on the Inspiring Youth Program (IYP) at the D.C. Jail. Since the District's last report on November 1, 2021, two students left IYP—both were released from Department of Corrections (DOC) custody—and no new students enrolled. These changes are reflected in the chart the District will file under seal.

As of the District's last status report on November 1, 2021, there were 31 students enrolled in IYP; 22 were housed in the jail's general population, and the remaining 9 were housed in restrictive housing. *See* November 1, 2021 Status Report [74].[1] As of today, there are 29 students enrolled in IYP, 14 of whom reside in the general population and 15 of whom are in restrictive housing, although the number of students in restrictive housing varies on any given day.

---

[1] In its previous status report, the District mistakenly reported that there were 32 students enrolled at IYP at the time, with 10 in restrictive housing. *See* November 1, 2021 Status Report at 3.

As previously reported, Maya Angelou Public Charter School (Maya Angelou PCS) has taken over as the local education agency (LEA) at IYP, *see* November 1, 2021 Status Report at 1, and has been providing students with specialized instruction and related services accordingly. Students in general housing, all of whom are housed in one unit in the Correctional Treatment Facility (CTF), are receiving 5.5 hours of specialized instruction per day, or 27.5 hours per five-day school week. Maya Angelou PCS's ability to provide specialized instruction to students in restrictive housing remains limited due to space restrictions, security concerns, and staffing constraints at the D.C. Jail, as well as Maya Angelou PCS's staffing limitations. Maya Angelou PCS, DOC, and OSSE are working together to increase the delivery of specialized instruction to students in restrictive housing.

Maya Angelou PCS has one full-time psychologist and one full-time social worker on site at IYP providing in-person behavioral support services to students. Many students received the full hours of behavioral support services called for in their IEPs during November, but some students refused services, and access to some students in restrictive housing was limited. Maya Angelou PCS has the staff necessary to provide all required hours of behavioral support services for IYP students and continues to work with DOC and students to ensure services are delivered. Maya Angelou PCS was not able to provide other related services during the month of November due to unexpected delays in obtaining clearances for some related services providers, including occupational therapists and speech pathologists. As reflected in the District's chart filed under seal, only a small number of IYP students currently require related services other than behavioral support. Once all providers are cleared to provide services to the students at IYP, Maya Angelou PCS intends to expeditiously provide make-up services for any hours missed in October and November.

In October 2021, Maya Angelou PCS began collecting student data to implement "accelerated learning" for IYP students. *See* November 1, 2021 Status Report at 3. In November, Maya Angelou PCS began administering standardized testing tools to collect the requisite data. Maya Angelou PCS has also retained a contractor to provide tutoring to some students during the school day.

Dated:  December 3, 2021.             Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
RICHARD P. SOBIECKI [500163]
HONEY MORTON [1019878]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-7272
Fax: (202) 730-1833
micah.bluming@dc.gov

*Counsel for Defendants*