UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> Defendants. | Civil Action No. 21-997 (CJN) |

## DEFENDANTS' MOTION FOR PARTIAL MODIFICATION OF PRELIMINARY INJUNCTION ORDER

Defendants the District of Columbia, District of Columbia Public Schools (DCPS), and the Office of the State Superintendent of Education (OSSE) (collectively, the District) move under Federal Rules of Civil Procedure 54(b) and 60(b) for a partial modification of the Court's preliminary injunction (PI) order [37].

Plaintiffs filed this lawsuit on April 9, 2021, and the Court issued a PI on June 16, 2021. Since that time, the District has filed monthly status reports as ordered by the Court, along with charts, filed under seal, showing the number of hours of specialized instruction and related services each student in the Inspiring Youth Program (IYP) has received over the previous month, compared to the hours mandated in each student's Individualized Education Program. *See* July 1, 2021 Status Report [41]; August 2, 2021 Status Report [50]; September 1, 2021 Status Report [63]; October 1, 2021 Status report [70]; November 1, 2021 Status Report [74]; December 3, 2021 Status Report [80]. When the Court initially issued its PI, the Local Education Agency (LEA) providing specialized instruction and related services at IYP was DCPS. As of October 1, 2021, however, Maya Angelou Public Charter School (Maya Angelou PCS) took over as the LEA. *See* October 1,

2021 Status Report. Because Maya Angelou PCS is not an agency of the District government, its employees do not work for the District and it is represented by independent counsel. Maya Angelou PCS has worked cooperatively with the District to provide information about IYP as requested. Nevertheless, additional time has been required each month for the District to communicate with relevant Maya Angelou PCS staff, obtain the data for each of its status reports, compile any required clarifications, and assemble the data in a suitable format for filing. Delays in providing some information to the Court have resulted because the operative PI order requires the District to submit the required information every 30 days, and the data the District has been reporting reflects the instruction and service hours students received up until the day before, or the day of, that reporting deadline.

Accordingly, the District requests that the PI order be modified to require the District to report "on the implementation of special education and related services for every class member," *see* PI Order at 1, for each calendar month on the 5th business day of the following month. This timeline would permit the District sufficient time to obtain the relevant information from Maya Angelou PCS and ensure the Court receives complete and accurate monthly reports.

As provided under Local Civil Rule 7(m), undersigned counsel discussed this matter with plaintiffs' counsel. Plaintiffs do not consent to the requested relief but would not be opposed to the District having an additional two calendar days to submit the monthly reports.

Dated:  December 14, 2021.        Respectfully submitted,

                                                         KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
RICHARD P. SOBIECKI [500163]
HONEY MORTON [1019878]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-7272
Fax: (202) 730-1833
micah.bluming@dc.gov

*Counsel for Defendants*