UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES H., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-00997 (CJN) |

**ORDER**

This matter is before the Court on Defendants' Motion to Modify the Preliminary Injunction Order in Part, ECF No. 83.

Accordingly, it is

**ORDERED** that Defendants' Motion is **GRANTED IN PART**. The Court's Preliminary-Injunction Order, ECF No. 37, is modified as to the requirement that Defendants shall report every thirty days on the implementation of special-education and related services for every putative class member on the first day of each month. As of the date of this Order, Defendants shall instead provide the required report by the third calendar day of each month, reflecting the previous month's implementation of special-education and related services for every member of the provisionally certified class.

DATE: December 21, 2021

                                                                                         CARL J. NICHOLS
                                                                                         United States District Judge