UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 21-997 (CJN) |

### DEFENDANTS' STATUS REPORT

Pursuant to the Court's preliminary injunction (PI) issued on June 16, 2021 [37], and the Court's order [83] granting in part defendants' motion to modify the PI in part, defendants the District of Columbia, District of Columbia Public Schools (DCPS), and the Office of the State Superintendent of Education (OSSE) (collectively, the District) provide this update on the Maya Angelou Academy (the Academy), previously known as the Inspiring Youth Program, at the D.C. Jail. Since the District's last report on December 3, 2021, 3 students left the Academy and 13 new students enrolled.[1] These changes are reflected in the chart the District will file under seal.

**Enrollment Clarification and Updates**

As of the District's last status report on December 3, 2021, there were 29 students enrolled in the Academy. The District previously reported that as of that date, 14 students were housed in the general population and 15 were housed in restrictive housing. *See* December 3, 2021 Status Report [80]. However, as of that date, 14 students were housed in the Correctional Treatment

---

[1] Two additional students (not included in either of these counts) briefly enrolled in the Academy during the month of December but were transferred out of DOC custody before the end of the month. Those two students are listed on this month's chart, and their IEPs have been included in the District's sealed filing.

Facility (CTF) general population, 6 students were housed in restrictive housing in the Central Detention Facility (CDF), and 9 students were housed in other housing units in CDF.[2] As of today, there are 39 students enrolled in the Academy. The District is confirming the location where the students are housed and will provide the Court with updated information.

**COVID-19 Updates**

In December 2021, the District experienced a sharp rise in COVID-19 cases throughout the community, due primarily to the rise of the Omicron variant. *See* Mayor's Order 2021-147 (Dec. 20, 2021), available at https://bit.ly/3znEbk4; Mayor's Order 2021-148 (Dec. 22, 2021), available at https://bit.ly/3FLykaR. DOC has responded accordingly by imposing a medical stay-in-place throughout CDF and CTF. *See* Gov't of the District of Columbia, Dep't of Corrections Modified Stay in Place Timeline (Dec. 22, 2021), available at https://bit.ly/3ERvAYn. Although DOC has suspended all "small group activities" during the pendency of the medical stay-in-place, students are still permitted to meet with their instructors in classrooms as before. However, students who test positive for COVID-19 or who reside on units quarantined for COVID-19 monitoring are not permitted to meet in groups during the pendency of their isolation or quarantine. Those students will still be permitted to receive one-on-one instruction with appropriate safety protocols in the common areas of their units or through their cell doors. Maya Angelou PCS staff are required to follow all DOC staff protocols for social distancing and the use of personal protective equipment (PPE). DOC is providing all instructors with masks, face shields, gloves, and disposable gowns.

**Specialized Instruction and Related Services**

Maya Angelou PCS, DOC, and OSSE continue working together to increase the delivery

---

[2] These include general housing, medical housing, and protective custody.

of specialized instruction to students in restrictive housing, and other housing outside of the general housing unit in CTF. The District recently detailed these efforts in its proposed response to plaintiffs' supplemental brief in support of its contempt motion (Defs.' Supp. Response) [87-3].

Winter break for the Academy began on December 17, 2021, and the month of December consisted of 13 school days, or approximately 55% of a full academic month. School remained out of session from December 17 through the end of the month. Despite the limited number of school days in December, some students received the full hours of behavioral support services called for in their IEPs. The District, in collaboration with Maya Angelou PCS, has put in place plans to address access to students in restrictive housing, including implementing the virtual classroom software on DOC's digital education tablets that can be used for the delivery of instruction and related services. *See* Defs.' Supp. Response at 6 n.5. Maya Angelou PCS staff will undergo training for the virtual classroom software on January 5, 2022, and endeavor to implement virtual instruction where necessary shortly thereafter.

Maya Angelou PCS was able to provide some but not all other related services during the month of December as some related services providers continued to complete clearance requirements. Once all providers are cleared to provide services to the students at the Academy, Maya Angelou PCS intends to expeditiously provide make-up services for any hours missed.

Dated:  January 3, 2022.    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
RICHARD P. SOBIECKI [500163]
HONEY MORTON [1019878]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-7272
Fax: (202) 730-1833
micah.bluming@dc.gov

*Counsel for Defendants*

4