UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES H., ISRAEL F., AND MALIK Z.
on behalf of themselves and all others
similarly situated,
        *Plaintiffs*,

    v.

THE DISTRICT OF COLUMBIA, *et al.*,

        *Defendants*.

Civil Action No. 1:21-cv-00997 (CJN)

**NOTICE OF RECENT DEVELOPMENT CONCERNING PLAINTIFF MALIK Z.**

With respect to Plaintiff Malik Z., Plaintiffs alleged in their Second Amended Complaint which they sought leave to file on July 21, 2021, that "[o]n May 20, 2021, Malik filed an administrative due process complaint alleging that DCPS has failed to meet its IDEA obligations and that OSSE failed to meet its supervisory duties." ECF No. 44-3, ¶ 16. The Court granted Plaintiffs leave to file their Second Amended Complaint in a Minute Order on August 5, 2021. At the time that the Second Amended Complaint was filed, Malik Z.'s administrative hearing had not yet been scheduled.

In the District's Motion to Dismiss the Second Amended Complaint, the District argued that Malik Z.'s claims may "get resolved through the administrative process," and that he must exhaust his administrative remedies before filing suit. Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss in Part Plaintiffs' Second Amended Complaint, Aug. 26, 2021, ECF No. 60-1, p. 25. Plaintiffs explained in their Opposition to the District's Motion to Dismiss that Malik Z. should properly remain a plaintiff even if some of his claims reached a resolution in the administrative process, because his systemic claims could not be resolved in the

administrative process and would remain for adjudication in this federal suit. Plaintiffs' Opposition to Defendants' Motion to Dismiss in Part Plaintiff's Second Amended Complaint, Sept. 9, 2021, ECF No. 66, pp. 34-42. The District's Motion to Dismiss is presently pending before the Court and is the subject of oral arguments scheduled for February 8, 2022. Minute Order, Jan. 21, 2022.

Plaintiffs hereby inform the Court that on November 15, 2021, Malik Z. entered a settlement agreement with DCPS and OSSE in his administrative case. A copy of the settlement agreement is submitted as Plaintiffs' Exhibit 1. Although the agreement is in full satisfaction of the administrative complaint, it recognizes that it "does not and is not intended to settle or resolve any of Petitioner's claims in any pending matter for which the Independent Hearing Officer lacks jurisdiction to adjudicate in the Due Process Hearing." Pl. Ex. 1, ¶ 9.[1]

Malik Z. remains an enrolled student at the DC Jail complex entitled to the special education and related services included in the Individualized Education Program (IEP) submitted to the Court on July 6, 2021. *See* IEP of Malik Z. (Confidential), ECF No. 40-21. The settlement has not impacted Malik Z.'s status as an appropriate plaintiff or Plaintiffs' arguments set forth in their Opposition to Defendants' Motion to Dismiss addressing Malik Z. and Israel F. ECF 66, pp. 34-44. Malik Z. and his claims now have an identical legal position as Israel F., who also filed and then settled an administrative complaint related to the District's denial to him of a free appropriate public education (FAPE) at the DC Jail complex. *See* ECF No. 66, pp. 42-44. In their briefing, Plaintiffs explain that despite the settlement Israel F. retains a personal stake in this class action as his receipt of FAPE and ability to graduate are dependent on the District's delivery of

---

[1] Prior to the settlement of Malik Z.'s due process administrative case, the Hearing Officer issued a ruling that Malik Z. did not have standing to represent similarly situated individuals in the administrative due process proceeding. *See* Pl. Ex. 2, p. 2 (attached).

special education and related services at the DC Jail complex.  *Id*.  Malik Z. similarly retains the same personal stake in this class action.

                Respectfully submitted,

                /s/ *Zenia Sanchez Fuentes*

Kathleen L. Millian, DC Bar No. 412350
Zenia Sanchez Fuentes, DC Bar No. 500036
Stephanie A. Madison, DC Bar No. 1025581
TERRIS, PRAVLIK & MILLIAN, LLP
1816 12th Street, NW, Suite 303
Washington, DC  20009-4422
(202) 682-2100, ext. 8478
kmillian@tpmlaw.com;
zsanchez@tpmlaw.com;
smadison@tpmlaw.com

Ifetayo Belle, DC Bar No. 1601686
Sarah Comeau, DC Bar No. 1012980
SCHOOL JUSTICE PROJECT
1805 7th Street, NW, 7th Floor
Washington, DC 20001-3186
(202) 630-9969
tbelle@sjpdc.org; scomeau@sjpdc.org

Kaitlin R. Banner, D.C. Bar No. 1000436
Margaret F. Hart, D.C. Bar No. 1030528
Jonathan Smith, D.C. Bar No. 396578
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, N.W., Suite 400
Washington, DC 20005
Phone: (202) 319-1000
Fax: (203) 319-1010
kaitlin_banner@washlaw.org; margaret_hart@washlaw.org; jonathan_smith@washlaw.org

February 4, 2022                *Counsel for Plaintiffs*

3

## TABLE OF EXHIBITS

| Exhibit | Description |
|:---:|---|
| 1 | Malik Z. Settlement Agreement (Filed Under Seal) |
| 2 | Order Dismissing Claims Brought on Behalf of Similarly Situated Individuals (Redacted) |