UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES H., ISRAEL F., AND MALIK Z.
on behalf of themselves and all others
similarly situated,

    *Plaintiffs*,

v.

DISTRICT OF COLUMBIA, *et al.*,

    *Defendants*.

Civil Action No. 1:21-cv-00997 (CJN)

### STANDING ORDER

Upon consideration of the parties' Joint Motion for Entry of Standing Order, and the entire record herein, it is:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that for all future filings, and subject to further orders from the Court, the Parties may file the following documents under seal without filing a motion for leave to file the documents under seal:

    1.    The Individualized Education Program (IEP) for any past, present, or future student in the Maya Angelou Academy at the D.C. Jail, formerly known as the Inspiring Youth Program;

    2.    Any document containing information regarding students' identities, their IEPs, their special education and related services hours, their mental health and learning disabilities, or the services to which they are entitled; and it is further

**ORDERED** that all such documents may be directly filed as Sealed Documents and will be deemed sealed upon submission; and it is further

**ORDERED** that for any brief containing any of the above-referenced confidential information, the filing party shall file the brief publicly with the confidential information redacted and shall file a separate, unredacted copy of the brief as a Sealed Document.

**SO ORDERED.**

Date: February 7, 2022

CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE