UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 21-997 (CJN) |

## NOTICE REGARDING FEBRUARY 3, 2022 COMPLIANCE REPORT

Defendants provide this notice to inform the Court that a small number of inaccuracies were recently identified in the two charts of student hours defendants filed under seal on February 3, 2022. Defendants are working to correct these inaccuracies and will provide corrected versions of the charts as soon as possible.

Dated: February 14, 2022.        Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
RICHARD P. SOBIECKI [500163]
HONEY MORTON [1019878]

                                                  AMANDA C. PESCOVITZ [1735780][*]
                                                  Assistant Attorneys General
                                                  Equity Section
                                                  400 Sixth Street, N.W., Suite 10100
                                                  Washington, D.C. 20001
                                                  Phone: (202) 724-7272
                                                  Fax: (202) 730-1833
                                                  micah.bluming@dc.gov

                                                  *Counsel for Defendants*

---

[*]     Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver). Practicing under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).