UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | Civil Action No. 21-997 (CJN) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLY WITH PART OF FEBRUARY 16, 2022 ORDER

Defendants the District of Columbia, District of Columbia Public Schools (DCPS), and the Office of the State Superintendent of Education (OSSE) (collectively, the District) move for an extension of time to comply with part of the Court's February 16, 2022 order [101]. On February 16, 2022, the Court ordered that by March 15, 2022, the District must submit to the Court individualized plans specifying how it will address any "hours deficit" incurred by students enrolled in the Inspiring Youth Program (IYP) or the Maya Angelou PCS Academy (the Academy) between September 1, 2021, and January 31, 2022 (the Plan Order). *See* Feb. 16, 2022 Order at 4.[1]

The District has already undertaken efforts to comply with the Plan Order. With regard to any hours deficit experienced by students when DCPS was the local education agency (LEA) at the D.C. Jail, *i.e.*, September 2021, the District will produce individualized plans to address missed services by the Court's deadline. The District has also been in frequent communication with Maya Angelou Public Charter School (Maya Angelou PCS) regarding missed services between October 1, 2021, and January 31, 2022. Prior to the February 16 order, Maya Angelou PCS implemented

---

[1] The District is not seeking an extension of time to comply with any other aspect of the February 16 order.

accelerated learning to address some services missed during that time, and it will continue to do so. While Maya Angelou PCS has also begun work on the required individualized plans, it will not be able to complete the plans by March 15, 2022 for several reasons, including that the individualized plan preparation process requires a time-intensive review of student records; Maya Angelou PCS staff were off from February 21-25 for winter break; Maya Angelou PCS is dedicating as many staff as possible to providing daily instruction to students, which means only one staff member with the requisite skills and experience is available to prepare the individualized plans; and Maya Angelou PCS is in the midst of preparing students for upcoming standardized testing. Accordingly, the District requests additional time, until April 14, 2022, to comply with the student plan portion of the Court's order for the period from October 1, 2021, to January 31, 2022. A memorandum of points and authorities and proposed order are attached.

As provided under Local Civil Rule 7(m), undersigned counsel discussed this matter with plaintiffs' counsel. Plaintiffs do not consent to the requested relief.

Dated:  March 2, 2022.              Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

/s/ Richard P. Sobiecki
RICHARD P. SOBIECKI [500163]
MICAH BLUMING [1618961]
HONEY MORTON [1019878]

AMANDA C. PESCOVITZ [1735780]*
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-7272
Fax: (202) 730-1833
richard.sobiecki@dc.gov

*Counsel for Defendants*

---

\* Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver). Practicing under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).

3