UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES H., ISRAEL F., AND MALIK Z.
on behalf of themselves and all others
similarly situated,

    *Plaintiffs*,

v.

THE DISTRICT OF COLUMBIA, *et al.*,

    *Defendants*.

Civil Action No. 1:21-cv-00997 (CJN)

**PLAINTIFFS' MOTION TO ENFORCE THE CONTEMPT ORDER, CONCERNING
THE DCPS INDIVIDUALIZED PLANS, OR, IN THE ALTERNATIVE,
FOR CLARIFICATION CONCERNING THE SCOPE
OF INDIVIDUALIZED PLANS
AND
REQUEST FOR EXPEDITED CONSIDERATION**

Pursuant to the Order of February 16, 2022, finding Defendants the District of Columbia, the Office of the State Superintendent of Education (OSSE), and the District of Columbia Public Schools (DCPS) (collectively "the District") in contempt of its Preliminary Injunction, the District filed, on March 15, 2022, individualized plans "on how to rectify the hours deficit of each student," for the month of September 2021, when DCPS was the Local Education Agency [LEA] at the DC Jail complex and thus "how [Defendants] plan to remedy . . . Defendants' failure to comply with the Preliminary Injunction."  *See* Order ("Contempt Order"), ECF No. 101, pp. 3-4, Notice of Compliance, ECF No. 109.

As explained more fully in the attached memorandum, the District's "individualized plans" for the students enrolled with the Inspiring Youth Program in September 2021, when DCPS was the LEA, lack the fundamental components of a plan.  In particular, the DCPS plans fail to include basic components of a plan, including when and how the compensatory services will be delivered

or by whom to students at the DC Jail complex or to those who have left the DC Jail complex since September 2021 and, importantly do not provide an oversight role by OSSE, the State Educational Agency, in either the development or implementation of the DCPS plans or any details of the coordination needed with the Department of Corrections for the delivery of the compensatory services. Accordingly, the District has failed to comply with its obligation to develop individualized plans to rectify the hours deficit experienced by the students in September 2021, as required by the Contempt Order and the Minute Order of March 9, 2022. Therefore, Plaintiffs move for an order requiring the District to amend the DCPS plans to include the basic components of a plan by April 14, 2022 or, in the alternative for the Court to clarify whether the plans that it directed be provided pursuant to its Contempt Order must include such components and, if so, to order the submission of compliant plans by a specified date, as detailed in the attached proposed orders.

## STATEMENT PURSUANT TO LOCAL RULE 7(m)

Plaintiffs have made several attempts to discuss their concerns about the individualized plans with the District, both prior to and after the submission of the DCPS plans, before seeking the Court's intervention.

During a telephone call with the District's counsel on March 2, 2022, to discuss the District's motion for an extension of time to submit the individualized plans to rectify the deficit in hours experienced by students from October 1, 2021 through January 31, 2022, Plaintiffs' counsel attempted, unsuccessfully, to obtain answers to questions concerning the substance of the plans, in order to ensure that the District was intending to submit plans that would include the key elements sought in this motion. Following the submission of the DCPS plans, on March 16, 2022, Plaintiffs' counsel sent an electronic mail message requesting a meeting with the District's counsel to discuss Plaintiffs' concerns with the DCPS plans. The District responded suggesting only that

Plaintiffs wait until students received their award letters.  On March 18, 2022, Plaintiffs' counsel, Zenia Sanchez Fuentes, called the District's counsel, Micah Bluming, to ask when such letters would be sent to the students.  Mr. Bluming responded that he did not know the timing of when such letters would be sent.

Plaintiffs' counsel conferred with the District's counsel, Micah Bluming, on March 23, 2022, concerning the relief requested in this motion.  Mr. Bluming stated the District's position as follows:

> The District opposes plaintiffs' motion to enforce. The District submitted individualized student plans to the Court as required, and plaintiffs have not identified their basis for asserting that the student plans did not comply with the February 16, 2022 order. The District currently takes no position on plaintiffs' alternative motion for clarification given that plaintiffs have not identified what specifically they are seeking to clarify about the February 16 order. Additionally, the District opposes plaintiffs' request for expedited consideration. Given that the District will submit additional student plans to the Court on April 14, 2022, the District's position is that the Court should consider any motion to enforce after the District has fully complied with the February 16 order.

### REQUEST FOR EXPEDITED CONSIDERATION

Due to the need to effectuate the relief awarded by this Court to class members whose access to a free and appropriate public education has been lacking for a prolonged period of time, including the period during which the District was under the obligation to provide such education under the Preliminary Injunction, Plaintiffs request expedited consideration of their motion.  Plaintiffs respectfully request that the Court consider this motion on an expedited schedule and, pursuant to Local Rule 7(b), direct the District to file its opposition no later than March 30, 2022, and that Plaintiffs' reply within two business days thereafter, and that the Court issue its decision as soon as possible thereafter.

                        Respectfully submitted,

                        /s/ *Zenia Sanchez Fuentes*

Kathleen L. Millian, DC Bar No. 412350
Carolyn Smith Pravlik, DC Bar No. 334102
Zenia Sanchez Fuentes, DC Bar No. 500036
Stephanie A. Madison, DC Bar No. 1025581
TERRIS, PRAVLIK & MILLIAN, LLP
1816 12th Street, NW, Suite 303
Washington, DC  20009-4422
(202) 682-2100, ext. 8478
kmillian@tpmlaw.com;
cpravlik@tpmlaw.com;
zsanchez@tpmlaw.com;
smadison@tpmlaw.com

Ifetayo Belle, DC Bar No. 1601686
Sarah Comeau, DC Bar No. 1012980
SCHOOL JUSTICE PROJECT
1805 7th Street, NW, 7th Floor
Washington, DC 20001-3186
(202) 630-9969
tbelle@sjpdc.org;
scomeau@sjpdc.org

Kaitlin R. Banner, D.C. Bar No. 1000436
Margaret F. Hart, D.C. Bar No. 1030528
Jonathan Smith, D.C. Bar No. 396578
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, N.W., Suite 400
Washington, DC 20005
Phone: (202) 319-1000
Fax: (203) 319-1010
kaitlin_banner@washlaw.org;
margaret_hart@washlaw.org;
jonathan_smith@washlaw.org

March 23, 2022                      *Counsel for Plaintiffs*