# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES H.**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 21-997 (CJN) |

## DECLARATION OF VICTORIA GLICK

Pursuant to 28 U.S.C. § 1746, I, Victoria Glick, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge acquired in the course of my official duties. I previously provided declarations in this matter [50-2, 70-1, 76-1, 87-4, 104-2, and 106-2].

2. I am providing this declaration in connection with individualized student plans the District of Columbia (the District) has created in response to the Court's February 16, 2022 Order [101].

3. Since October 1, 2021, Maya Angelou Public Charter School (Maya Angelou PCS) has served as the local education agency (LEA) for the Maya Angelou PCS Academy at the D.C. Jail (the Academy). As relevant for the Court's February 16, 2022 Order, Maya Angelou PCS served as the LEA during the period of October 1, 2021 through January 31, 2022.

4. For all Academy students currently enrolled, Maya Angelou PCS has prepared individualized plans focusing on credit recovery and attainment, providing ongoing and make-up related services, and accelerated learning to remedy any deficits incurred by the students. For these

students, Maya Angelou PCS focused on accelerated learning as the principal mode of making up missed hours of instruction. I have previously explained that accelerated learning involves the integration of unfinished learning with new information and occurs during the regular school day without necessitating additional hours of instruction by a separate provider other than the student's LEA. *See* Nov. 2, 2021 Glick Decl. [76-1] ¶ 6. This makes it a preferable mode of making up missed instruction when it is feasible. OSSE has reviewed Maya Angelou PCS's plans and believes they adequately address missed services and impact on student credit attainment from October 1, 2021, through January 31, 2022.

5. In preparing and reviewing these plans, Maya Angelou PCS and the Office of the State Superintendent of Education (OSSE) identified fifteen students who were enrolled in the Academy at some point between October 1, 2021, and January 31, 2022, but are no longer enrolled as of today. Maya Angelou PCS is unable to evaluate these students and assess them for accelerated learning. However, twelve of these fifteen students will receive an independent services authorization letter for compensatory services covering any services missed during the applicable time period.[1] Those letters are attached to the District's April 14, 2022 sealed filing as Exhibit B.

6. To determine each student's entitlement for specialized instruction, we subtracted the hours of specialized instruction each student received from the number of hours required by each student's individualized education program (IEP) during the applicable time period. We then assigned compensatory service awards based on 40% of that total.[2] This is consistent with how

---

[1] The remaining three students—▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮— were determined not to have missed services during the applicable period.

[2] For any student who was enrolled for only a portion of a week, we calculated the student's award based on the student's IEP requirements for the full week. For example, if a student's IEP called for 20 hours of specialized instruction per week, and the student only received 10 hours that

compensatory education is calculated in state-level Individuals with Disabilities Education Act (IDEA) due process proceedings and administrative (State) complaints here in the District and across the country. Awards are scaled to 40% of missed instruction because compensatory services are delivered in a one-on-one setting, such as through tutoring, whereas the specialized instruction contemplated in a student's IEP typically assumes delivery will occur in a classroom setting. Scaling accounts for the greater efficiency of one-on-one instruction.

7. To determine each student's entitlement to related services, we subtracted services missed from services required in each student's IEP, excluding from our calculation consultation services and parent counseling, which are designed to facilitate integration of related services to support the delivery of general education. We assigned related service awards based on 100% of that total, which is also consistent with state-level IDEA due process proceedings and administrative (State) complaints here in the District and across the country.

8. The independent services authorization letters will be issued to students this month. The District will provide an update to the Court in its May 3, 2022 status report.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on __4/14/2022__          *Victoria Glick*
                                   VICTORIA GLICK

---

week, for ease of calculation we assumed the student missed 10 hours of instruction that week regardless of how many days the student was actually enrolled.