UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES H., ISRAEL F., and MALIK Z., on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>      *Defendants*. | Civil Action No. 1:21-cv-00997 (CJN) |

**JOINT NOTICE LODGING THE SETTLEMENT AGREEMENT WITH THE COURT**

Plaintiffs Charles H., Israel F., and Malik Z., on behalf of themselves and all others similarly situated, and Defendants the District of Columbia, District of Columbia Public Schools (DCPS), and the Office of the State Superintendent of Education (OSSE) (collectively, "the Parties"), file this joint notice to inform the Court that the Parties have entered into a Settlement Agreement in the above-captioned matter. The Settlement Agreement is attached as Exhibit 1 and its four exhibits are attached as Exhibits 2-5.

Pursuant to Rules 7(b) and 23(e) of the Federal Rules of Civil Procedure, the Parties will promptly file a Joint Motion respectfully requesting that the Court enter an order lifting the stay in this case, preliminarily approving the Settlement Agreement, directing the issuance of settlement notice to the class, and setting a schedule for a fairness hearing.

Dated: September 25, 2023

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

Respectfully submitted,

/s/ *Kathleen L. Millian*

Kathleen L. Millian, DC Bar No. 412350
Carolyn Smith Pravlik, DC Bar No. 334102
Zenia Sanchez Fuentes, DC Bar No. 500036
TERRIS, PRAVLIK & MILLIAN, LLP
1816 12th Street, NW, Suite 303

| | |
|---|---|
| */s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General<br><br>*/s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief<br>RICHARD SOBIECKI [500163]<br>AMANDA C. PESCOVITZ [1735780][*]<br>Assistant Attorneys General<br>Equity Section<br>400 Sixth Street, N.W., Suite 10100<br>Washington, D.C. 20001<br>(202) 724-6591<br>(202) 741-5908 (fax)<br>honey.morton@dc.gov<br>richard.sobiecki@dc.gov<br>amanda.pescovitz1@dc.gov<br><br>*Counsel for Defendants* | Washington, DC  20009-4422<br>(202) 682-2100, ext. 8478<br>kmillian@tpmlaw.com;<br>cpravlik@tpmlaw.com;<br>zsanchez@tpmlaw.com<br><br>Ifetayo Belle, DC Bar No. 1601686<br>Sarah Comeau, DC Bar No. 1012980<br>SCHOOL JUSTICE PROJECT<br>1805 7th Street, NW, 7th Floor<br>Washington, DC 20001-3186<br>(202) 630-9969<br>tbelle@sjpdc.org;<br>scomeau@sjpdc.org<br><br>Kaitlin R. Banner, DC Bar No. 1000436<br>Margaret F. Hart, DC Bar No. 1030528<br>Marja K. Plater, DC Bar No. 90002586<br>Jonathan Smith, DC Bar No. 396578<br>WASHINGTON LAWYERS' COMMITTEE<br>FOR CIVIL RIGHTS AND URBAN AFFAIRS<br>700 14th Street, NW, Suite 400<br>Washington, DC 20005<br>Phone: (202) 319-1000<br>Fax: (203) 319-1010<br>kaitlin_banner@washlaw.org;<br>margaret_hart@washlaw.org;<br>marja_plater@washlaw.org;<br>jonathan_smith@washlaw.org<br><br>*Counsel for Plaintiffs* |

---

[*] Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver).  Practicing under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).