UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES H., ISRAEL F., AND MALIK Z.
on behalf of themselves and all others
similarly situated,

     *Plaintiffs*,

v.

DISTRICT OF COLUMBIA, *et al.*,

     *Defendants*.

Civil Action No. 1:21-cv-00997 (CJN)

**PLAINTIFFS' UNOPPOSED MOTION FOR LITIGATION COSTS, INCLUDING ATTORNEYS' FEES**

Pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, Plaintiffs Charles H., Israel F., and Malik Z., on behalf of themselves and all others similarly situated, move this Court for an award of litigation costs, including attorneys' fees, in the amount of $2,500,000 pursuant to the Settlement Agreement lodged with this Court on September 25, 2023. *See* ECF No. 191.

As set forth in the accompanying memorandum of points and authorities, the Parties have settled Plaintiffs' litigation costs through the Expiration Date of the Settlement Agreement, but Plaintiffs have reserved their right to seek attorneys' fees and costs for certain enforcement motions. *See* ECF No. 191-1, paras. 151-152. In support of this motion, Plaintiffs are submitting evidence that demonstrates that the total of the lodestar amount of their attorneys' fees—the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate—for the work performed July 15, 2020 through December 31, 2022, plus the reasonable expenses

incurred during this period, far exceeds the agreed-upon figure of $2,500,000. The negotiated figure reflects compromise and is therefore reasonable.

Notice to the class of this motion in accordance with Rule 23(g)(1) of the Federal Rules of Civil Procedure will be provided through the Class Notice (ECF No. 191-2), which the Parties have requested the Court to approve in the Joint Motion to Lift the Stay and for Preliminary Court Approval of the Settlement Agreement (ECF No. 193).

Plaintiffs respectfully submit that the requested fee award is reasonable and, after appropriate notice to the class, the unopposed motion should be approved by the Court. A proposed order is attached.

In accordance with the Settlement Agreement (ECF No. 191-1, para. 151), and pursuant to Local Rule 7(m), Plaintiffs report that this motion for litigation costs is not opposed by Defendants.

Dated: October 19, 2023

Respectfully submitted,

/s/ Kathleen L. Millian

Kathleen L. Millian, DC Bar No. 412350
Carolyn Smith Pravlik, DC Bar No. 334102
Zenia Sanchez Fuentes, DC Bar No. 500036
TERRIS, PRAVLIK & MILLIAN, LLP
1816 12th Street, NW, Suite 303
Washington, DC  20009-4422
(202) 682-2100, ext. 8478
kmillian@tpmlaw.com

Ifetayo Belle, DC Bar No. 1601686
Sarah Comeau, DC Bar No. 1012980
SCHOOL JUSTICE PROJECT
641 S Street NW, Suite 300
Washington, DC 20001
(202) 630-9969
tbelle@sjpdc.org;
scomeau@sjpdc.org

                      Kaitlin R. Banner, DC Bar No. 1000436
                      Margaret F. Hart, DC Bar No. 1030528
                      Marja K. Plater, DC Bar No. 90002586
                      Jonathan Smith, DC Bar No. 396578
                      WASHINGTON LAWYERS' COMMITTEE
                      FOR CIVIL RIGHTS AND URBAN AFFAIRS
                      700 14th Street, NW, Suite 400
                      Washington, DC 20005
                      Phone: (202) 319-1000
                      Fax: (203) 319-1010
                      kaitlin_banner@washlaw.org;
                      margaret_hart@washlaw.org;
                      marja_plater@washlaw.org;
                      jonathan_smith@washlaw.org

                      *Counsel for Plaintiffs*