# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CHARLES H., ISRAEL F., AND MALIK Z.
on behalf of themselves and all others
similarly situated,

    *Plaintiffs*,

v.

DISTRICT OF COLUMBIA, *et al.,*

    *Defendants*.

Civil Action No. 1:21-cv-00997 (CJN)

**JOINT MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**

Pursuant to Rules 7(b) and 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Charles H., Israel F., and Malik Z., on behalf of themselves and all others similarly situated, and Defendants District of Columbia, District of Columbia Public Schools (DCPS), and the Office of the State Superintendent of Education (OSSE) (collectively, "the Parties"), jointly move this Court for final approval of the Settlement Agreement.

After notice to the class and following the Fairness Hearing set for December 18, 2023, the Parties seek final approval of the Settlement Agreement submitted to the Court as Exhibit 1 to the Parties' Joint Notice Lodging the Settlement Agreement with the Court (ECF No. 191-1).

The Settlement Agreement concerns the delivery of special education and related services for high school students at the Department of Corrections' Central Detention Facility and the Correctional Treatment Facility (together, "the DOC Facilities") from March 2020 through now. The relief provided for in the Settlement Agreement will ensure that Defendants provide current high school students at the DOC Facilities with their education and related services. It will also

provide compensatory services (including contempt relief) to students who missed their education and services from March 2020 to September 22, 2023.

The Settlement Agreement is the product of robust, arm's-length negotiations spanning over fourteen months and addresses all of the issues raised in the Complaint by Plaintiffs. As set forth in the accompanying memorandum of points and authorities, the Settlement Agreement is fair, reasonable, and adequate, and merits this Court's final approval. Thus, the Parties respectfully request that the Court grant this motion. Two proposed orders are attached, one proposed by Plaintiffs and one proposed by Defendants. The two provisions that are in dispute are explained in the supporting memorandum.

| | |
|---|---|
| Dated: December 8, 2023 | Respectfully submitted, |
| | |
| BRIAN L. SCHWALB<br>Attorney General for the District of Columbia | /s/ *Kathleen L. Millian* |
| | Kathleen L. Millian, DC Bar No. 412350<br>Carolyn Smith Pravlik, DC Bar No. 334102 |
| STEPHANIE E. LITOS<br>Deputy Attorney General<br>Civil Litigation Division | Zenia Sanchez Fuentes, DC Bar No. 500036<br>TERRIS, PRAVLIK & MILLIAN, LLP<br>1816 12th Street, NW, Suite 303<br>Washington, DC  20009-4422 |
| */s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General | (202) 204-8478<br>kmillian@tpmlaw.com;<br>cpravlik@tpmlaw.com;<br>zsanchez@tpmlaw.com |
| */s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section<br>RICHARD SOBIECKI [500163]<br>AMANDA C. PESCOVITZ [1735780][*]<br>Assistant Attorneys General<br>400 Sixth Street, N.W., Suite 10100<br>Washington, D.C. 20001 | Ifetayo Belle, DC Bar No. 1601686<br>Sarah Comeau, DC Bar No. 1012980<br>SCHOOL JUSTICE PROJECT<br>641 S Street NW, Suite 300<br>Washington, DC 20001<br>(202) 630-9969<br>tbelle@sjpdc.org; |

---

[*] Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver). Practicing under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).

(202) 724-6591
(202) 741-5908 (fax)
honey.morton@dc.gov
richard.sobiecki@dc.gov
amanda.pescovitz1@dc.gov

*Counsel for Defendants*

scomeau@sjpdc.org

Kaitlin R. Banner, DC Bar No. 1000436
Margaret F. Hart, DC Bar No. 1030528
Marja K. Plater, DC Bar No. 90002586
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, DC 20005
Phone: (202) 319-1000
Fax: (203) 319-1010
kaitlin_banner@washlaw.org;
margaret_hart@washlaw.org;
marja_plater@washlaw.org

*Counsel for Plaintiffs*

3