UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES H., et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil No. 21-997 (CJN) |

**PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

The Parties to the above-captioned matter settled their dispute concerning the failure of the Defendants to provide a free appropriate public education (FAPE) to a Rule 23 class of students with disabilities aged 18-22 at the District of Columbia Jail facilities in a Settlement Agreement that was executed by the Parties on September 22, 2023. ECF No. 191-1 ("Settlement Agreement"). After notice to the Plaintiff class and a fairness hearing, the Settlement Agreement was approved in this Court's Order to Approve the Settlement Agreement entered on January 15, 2024. ECF No. 212 ("Approval Order").

Defendants have failed in material ways to meet the requirements of the Settlement Agreement, including ongoing failures to deliver special education and related services hours to students at the DC Jail. All of Defendants' failures to comply are documented in the reports of the Third-Party Auditor Grace M. Lopes; Defendants admit many of the failures. *See* ECF Nos. 194, 196-1, 204, 205-1, 206, 207-1, 210, 211-1, 214-1, 217-1, 221-1, 222-1; *see also* Pl. Exs. 1-9[1].

---

[1] Plaintiff Exhibits 1-8 are Defendants' monthly status reports from February to September 2024. Plaintiff Exhibit 9 includes the supplemental tables and clarifications filed under seal.

Plaintiffs have properly raised their dispute through the Settlement Agreement's dispute resolution procedures. The Third-Party Auditor made recommendations, as the Parties agreed would be done in case of disputes, but the Parties were unable to reach a resolution. Therefore, pursuant to the terms of the Approval Order, and the inherent authority of the Court, Plaintiffs respectfully move this Court to enforce the Settlement Agreement and adopt the extension of the term of the Settlement Agreement set forth in the Recommendation of the Third-Party Auditor Grace M. Lopes. ECF No. 222-1, p. 28). Plaintiffs move for an Order extending the Expiration Date of the Settlement Agreement by the equivalent of two academic semesters (i.e., from August 1, 2025, to August 1, 2026). In addition, based on the recommendation of the Third-Party Auditor, if Defendants demonstrate prior to August 1, 2026, that they have met certain benchmarks identified by the Third-Party Auditor, on appropriate order of the Court, the Settlement Agreement may expire as early as January 31, 2026. *See id.*

This motion is supported by the Recommendation of the Third-Party Auditor Grace M. Lopes (ECF No. 222-1) and the accompanying Memorandum of Points and Authorities and exhibits.

Pursuant to Local Rule 7(m), counsel for Plaintiffs conferred with Ms. Lopes, the Third-Party Auditor, and counsel for Defendants about the matters raised in this motion on June 11, June 20, and August 8, 2024. Based on those discussions, Defendants do not consent to the relief sought in this motion.

Respectfully submitted,

/s/ *Kathleen L. Millian*

Kathleen L. Millian, DC Bar No. 412350
Carolyn Smith Pravlik, DC Bar No. 334102
Zenia Sanchez Fuentes, DC Bar No. 500036
Terris, Pravlik & Millian, LLP
1816 12th Street, NW, Suite 303
Washington, DC 20009-4422
(202) 682-2100, ext. 8478
kmillian@tpmlaw.com;
cpravlik@tpmlaw.com;
zsanchez@tpmlaw.com

Ifetayo Belle, DC Bar No. 1601686
Rebecca Desta, DC Bar No. 90018575
School Justice Project
641 S Street, NW, Suite 300
Washington, DC 20001-5197
(202) 630-9969
tbelle@sjpdc.org
rdesta@sjpdc.org

Kaitlin R. Banner, DC Bar No. 1000436
Marja K. Plater, DC Bar No. 90002586
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005-2080
(202) 319-1000
kaitlin_banner@washlaw.org
marja_plater@washlaw.org

*Counsel for Plaintiffs*

September 25, 2024